UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VITRUM INDUSTRIES LTD,

            Plaintiff,

    v.

ARCADIA INC,

            Defendant.

Case No. C20-265 RSL-TLF

ORDER DENYING PLAINTIFF'S MOTIONS

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's motion for partial summary judgment (Dkt. 29) and plaintiff's motion for summary judgment (Dkt. 39) are denied; and

(3)     The Clerk is directed to send a copy of this Order to the parties.

Dated this 21st day of June, 2021.

*Mrt S Lasnik*
Robert S. Lasnik
United States District Judge