1
2
3
4
5                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
6                              AT SEATTLE

7
    VITRUM INDUSTRIES LTD.,                    Cause No. C20-0265RSL
8
                    Plaintiff,
9                                              ORDER
                    v.
10
    ARCADIA INC., d/b/a ARCADIA
11  NORTHWEST,
12
                    Defendant.
13

14      This matter comes before the Court on "Arcadia Inc.'s Request for a Settlement
15
    Conference Pursuant to Local Rule 16(d)." Dkt. # 63. The request is GRANTED. The parties
16
17  shall participate in an alternative dispute resolution process before a third-party neutral on or

18  before April 29, 2022. All remaining case management deadlines, including the trial date, are
19
    hereby STRICKEN. A new trial date will be established if a settlement cannot be reached.
20

21
22      Dated this 21st day of March, 2022.
23

24
                                          _Mﬁ S Lasnik_
25                                        Robert S. Lasnik
26                                        United States District Judge

27
28

ORDER - 1