UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VITRUM INDUSTRIES LTD., a Canadian corporation,<br><br>            Plaintiff,<br>    v.<br><br>ARCADIA INC., a California corporation, dba ARCADIA NORTHWEST,<br><br>            Defendant. | NO.  2:20-CV-00265-RSL<br><br>STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE |

## I.  STIPULATION

COMES NOW Plaintiff Vitrum Industries Ltd. ("Vitrum") and Defendant Arcadia Inc. dba Arcadia Northwest ("Arcadia"), by and through their undersigned attorneys of record, and hereby stipulate that all claims by and between them as asserted herein shall be dismissed with prejudice and without admission of liability, all parties to bear their own costs, including attorney fees.

STIPULATION FOR AND ORDER OF
DISMISSAL WITH PREJUDICE - 1
CASE NO. 2:20-CV-00265-RSL



HEFFERNAN
LAW GROUP PLLC
1201 MARKET STREET
KIRKLAND, WASHINGTON 98033-5440
P: 425.284.1150 | F: 425.284.1147

DATED this 2nd day of June, 2022.

| HEFFERNAN LAW GROUP PLLC | MITCHELL SILBERBERG & KNUPP LLP |
|---|---|
| By: s/ T. Daniel Heffernan<br>T. Daniel Heffernan   #17176<br>Monica Kim Sham   #45000<br>dan@heffernanlawgroup.com<br>monica@heffernanlawgroup.com<br>Attorneys for Plaintiff<br>VITRUM INDUSTRIES LTD | By: s/ Christopher A. Elliott<br>Daniel M. Hayes   *Pro Hac Vice*<br>Christopher Elliott   *Pro Hac Vice*<br>dmh@msk.com<br>msb@msk.com<br>Attorneys for Defendant<br>ARCADIA INC., a California corporation, dba ARCADIA NORTHWEST |

SAVITT BRUCE & WILLEY LLP

By: s/ Michael Chait
Michael Eliott Chait   #48842
mchait@sbwllp.com
Attorney for Defendant
ARCADIA INC., a California corporation, dba ARCADIA NORTHWEST

## II. ORDER

THIS MATTER, having come before the Court on the above STIPULATION FOR AND ORDER OF DISMISSAL, and the Court being fully advised in the premises, it is hereby ORDERED, ADJUDGED, and DECREED that all claims as asserted herein by and between Plaintiff Vitrum Industries Ltd. ("Vitrum") and Defendant Arcadia Inc. dba Arcadia Northwest ("Arcadia"), are hereby DISMISSED with prejudice and without admission of liability, all parties to bear their own costs, including attorney fees.

Dated this 3rd day of June, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION FOR AND ORDER OF
DISMISSAL WITH PREJUDICE - 2
CASE NO. 2:20-CV-00265-RSL



HEFFERNAN LAW GROUP PLLC
1201 MARKET STREET
KIRKLAND, WASHINGTON 98033-5440
P: 425.284.1150 | F: 425.284.1147